Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Pedro Nuñez Manrrique

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Pedro Nuñez Manrrique,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents | Case No. 2:26-cv-02481-CDS-BNW<br><br>**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Amended Petition**<br><br>[ECF No. 7] |

Petitioner Pedro Nuñez Manrrique requests that this Court extend the deadline for filing his amended petition for a writ of habeas corpus by nine days, until September 18, 2026. This is his first request for an extension of this deadline.

Undersigned counsel met with Mr. Nuñez Manrrique on September 3, 2026, and received the audio recording of his bond hearing from the United States Attorney's Office on the same date. Counsel requires additional time to obtain relevant criminal history records, including police reports, before filing Mr. Nuñez Manrrique's amended petition.

Accordingly, Mr. Nuñez Manrrique respectfully requests that the Court extend the deadline for filing an amended petition from September 9, 2026, to

September 18, 2026. On September 8, 2026, counsel for the government, Tamer B. Botros, indicated that he has no objection to this request.

This request is made in good faith and not for the purpose of delay.

Dated September 9, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: September 10, 2026