TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Pablo Nunez Manrrique,<br><br>Petitioner<br><br>v.<br><br>John Mattos, *et al.*<br><br>Respondents | Case No. 2:26-cv-02481-CDS-BNW<br><br>**Order Granting Federal Respondents' UNOPPOSED Motion for Extension of Time to File Federal Respondents' Response to Petitioner's First Amended Petition (ECF No. 9)**<br><br>[ECF No. 14] |

Federal Respondents, by and through their undersigned counsel, hereby submit this Motion for limited three-day extension of time, up to and including **October 8, 2026**, for Federal Respondents to file a Response to Petitioner's First Amended Petition (ECF No. 9). This is Federal Respondents' first request for an extension of time to respond to Petitioner's First Amended Petition (ECF No. 9). This request is made in good faith and not for the purpose of any undue delay.

Federal Respondents' counsel needs the additional time requested to sufficiently review and analyze various documents in order to formulate a meaningful responsive pleading to Petitioner's First Amended Petition (ECF No. 9). As such, good cause exists for the requested extension. Federal Respondents' Counsel contacted Petitioner's Counsel

requesting an extension and Petitioner's Counsel agreed. This is the first request for an extension.

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with the various implicated components of the Department of Homeland Security and U.S. Immigration and Customs Enforcement. However, additional time is necessary to sufficiently review and analyze documents in order to formulate a meaningful responsive pleading to Petitioner's First Amended Petition (ECF No. 9). Without such additional time, a proper response to the Petitioner's First Amended Petition (ECF No. 9) cannot be filed. For these reasons, Federal Respondents respectfully request a limited three-day extension to **October 8, 2026**, to file a response to Petitioner's First Amended Petition (ECF No. 9).

/ / /

/ / /

/ / /

/ / /

/ / /

If this motion for an extension of time is granted, the deadline to respond to Petitioner's First Amended Petition (ECF No. 9) will be **October 8, 2026**. Given Federal Defendants' diligence, good cause exists for the extension.

Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 5th day of October 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

IT IS SO ORDERED:

______________________________
Cristina D. Silva
United States District Judge